# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| THE SELECT AT GASLIGHT SQUARE CONDOMINIUM, </br></br> Plaintiff, </br></br> v. </br></br> ERIE INSURANCE EXCHANGE, </br></br> Defendant. | Civil No. 1:19-cv-1435 </br></br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Parties' Stipulation of Dismissal. Dkt. 9. The parties have stipulated to voluntary dismissal without prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED WITHOUT PREJUDICE.**

It is **SO ORDERED.**

December 30 2019  
Alexandria, Virginia

Liam O'Grady  
United States District Judge